**Order entered February 4, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01116-CV

## SQUARE 9 SOFTWORKS INC., Appellant

## V.

## SIPS CONSULTS CORP., Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-09337

## ORDER

Before the Court is the February 1, 2021 second request of Terri Etekochay, Official Court Reporter for the 101st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 22, 2021**. We caution Ms. Etekochay that further extension requests in this accelerated appeal will be disfavored.

/s/    CRAIG SMITH
       JUSTICE